```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| AMIR HAKIM MCCAIN, | : | CIVIL ACTION |
| | : | NO. 11-7241 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**O R D E R**

**AND NOW**, this **10th** day of **July, 2012,** it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 31) is **GRANTED** as to all of Plaintiff's claims against Defendants John E. Wetzel, Wendy Shaylor, Lieutenant Allison and Michael Wenerowicz.

2. Plaintiff's Motions for Summary Judgment (ECF Nos. 33, 37) are **DENIED.**

3. Plaintiff's Motion for Telephone Conference Transcript (ECF No. 25); Plaintiff's Amended Motion for Deposition and Writ for Defendants' Attorney to Make Arrangements for Plaintiff to be Transferred to SCI-Graterford (ECF No. 27);

Plaintiff's Motion for an Order for Deposition of All Defendants Regarding Newly Discovered Information from Defendant's Attorney and Appointment of Counsel (ECF No. 28); Plaintiff's Motion for Court Appointed Expert to Evaluate Plaintiff at Federal Courthouse (ECF No. 29); Plaintiff's Motion for Discovery Regarding Newly Discovered Information (ECF No. 30); Plaintiff's Motion for a Hearing to Correct Transcripts of Video Conference Deposition of Questions that are Missing (ECF No. 32); and Plaintiff's Motion to Suppress the Deposition or Requirement for an Emergency Hearing (ECF No. 36) are **DENIED as MOOT.**

4. The case shall be marked as closed.

**AND IT IS SO ORDERED.**

<u>s/Eduardo C. Robreno</u>

**EDUARDO C. ROBRENO, J.**